WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Twin City Fire Insurance Company, | No. CV-23-02166-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, *et al.*, | |
| Defendants. | |

After review of the docket, the Court notes that service by waiver was made on Defendants Students A, B, C and D on January 17, 2024 (Doc. 34, Sealed). Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the deadline for filing an answer has elapsed. No answer has been filed by said Defendant(s) and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the Plaintiff apply for entry of default or file a status report as to Defendants Students A, B, C and D within seven days of the date of this Order.

**IT IS FURTHER ORDERED** that the matter will be dismissed without further notice as to Defendants Students A, B, C and D if counsel fails to apply for entry of default or file a status report within seven days of the date of this Order.

Dated this 12th day of April, 2024.

Honorable John J. Tuchi
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28